2012 OCT -4   A 11: 32

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-494-GMN-(GWF) |
| ) | |
| FERMIN FLORES, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF FORFEITURE

This Court found on March 7, 2012, that FERMIN FLORES shall pay a criminal forfeiture money judgment of $206,522.90 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A). Order of Forfeiture, ECF No. 57.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from FERMIN FLORES a criminal forfeiture money judgment in the amount of $206,522.90 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this _4th_ day of _October_, 2012.

_____
UNITED STATES DISTRICT JUDGE

## U.S. v. Fermin Flores
## 2:10-cr-00494-GMN-GWF
### Restitution List

| | |
|---|---|
| US Bank<br>U.S. Bank Corporate Security<br>Recovery and Restitution payments<br>PO Box 650<br>Milwaukee, WI 53278-0650<br>re: 6830016777 | $252,072.06 |