UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>FERMIN FLORES,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:10-CR-494 JCM (GWF)<br><br>ORDER |

Presently before the court is defendant Fermin Flores's unopposed motion to advance defendant's revocation hearing. (ECF No. 85). The government has not filed a response, and defendant indicates that government counsel agrees to the advancement of the hearing. (*Id.*)

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Fermin Flores's unopposed motion to advance defendant's revocation hearing (ECF No. 85) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the revocation hearing currently scheduled for July 27, 2016 at 10:00 a.m. be, and the same hereby is, ADVANCED and reset for July 15, 2016 at 10:00 a.m.

DATED July 13, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ James C. Mahan_
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**